IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**In re:**

| | |
|---|---|
| **ALICE THOMAS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 17-14198-KHK** |

**HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR6,**

    **MOVANT,**

vs.

**ALICE THOMAS**
**and THOMAS P. GORMAN, TRUSTEE,**

    **RESPONDENTS.**

### ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from the Automatic Stay filed by HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR6 ("Movant"), upon argument by Counsel and the Court finding grounds to grant the Motion, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified IN REM as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at 6516 River Tweed Lane, Alexandria, VA 22312 and more particularly described as follows:

> **All that Parcel of Land in Fairfax County, State of Virginia, as more fully described in Deed Book 11839, Page 1630 ID #072-1-26-01-001, being known and designated at Lot 51, Section I-3 (erroneously referred to as Section 1-3), THE PINECREST, filed in plat book 6281, Page 1364.**

IN REM Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

**ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I. White, P.C.
Bar No. 73248
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 35678

in the Proof of Claim filed by Movant.

DATED: Feb 22 2018

/s/ Klinette H. Kindred

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

February 22, 2018

I ask for this:
By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR6

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St.
Suite 400
Alexandria, VA 22314
Case No. 17-14198-KHK

Alice Thomas
Debtor
6516 River Tweed Lane
Alexandria, VA 22312